UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DAN NAPIER and DANA NAPIER, § | |
| § | |
| § | |
| VS. § | Civil Action No. 5:11-CV-736-FB |
| § | Jury Trial |
| BEXAR COUNTY, TEXAS; § | |
| COMMUNITY ARENA MANAGEMENT § | |
| LTD., JAMES HUTMACHER, *Individually* § | |
| and JOHN DOE, *Individually* § | |

### NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly. Robert J. Perez, formerly with Shelton & Valadez, P.C., attorney for Defendant, Community Arena Management, Ltd., requests that the court update its docket with his new address:

Robert J. Perez
Spurs Sports & Entertainment
One AT&T Center
San Antonio, Texas 78219
Telephone: (210) 444-5575
E-mail: BPerez@ATTCenter.com

Respectfully submitted,

By: /s/ Robert J. Perez
ROBERT J. PEREZ
State Bar No. 15779020
Spurs Sports & Entertainment
One AT&T Center
San Antonio, Texas 78219
Telephone: (210) 444-5575
E-mail: BPerez@ATTCenter.com

**ATTORNEY IN CHARGE FOR DEFENDANT, COMMUNITY ARENA MANAGEMENT, LTD.**

## CERTIFICATE OF SERVICE

I certify that on the 10th day of September 2013, the foregoing document was served to the following counsel of record by method indicated below:

**_Via Facsimile: (210) 222-9526_**
Christopher J. Gale
Gale, Wilson & Sánchez
115 E. Travis, 19th Floor
San Antonio, Texas 78205
Telephone: (210) 222-8899
Facsimile: (210) 222-9526
*Attorney in Charge for*
*Plaintiffs, Dan Napier and Dana Napier*

**_Via Facsimile: (210) 582-0231_**
Laurence S. Kurth
Matthew F. Wymer
Beirne, Maynard & Parsons, LLP
112 East Pecan Street, Suite 2750
San Antonio, Texas 78205
Telephone: (210) 582-0220
Facsimile: (210) 582-0231
*Attorneys in Charge for*
*Defendants, James Hutmacher and John Doe*

**_Via Facsimile: (210) 335-2151_**
Clarkson F. Brown
Bexar County Assistant Criminal District
Attorney – Civil Division
300 Dolorosa, Suite 5049
San Antonio, Texas 78205
Telephone: (210) 335-2139
Facsimile: (210) 335-2151
*Attorney in Charge for*
*Defendant, Bexar County, Texas*

_____
ROBERT J. PEREZ

399389/01.9544